# Notice Recipients

District/Off: 0755–3     User: admin     Date Created: 3/11/2026
Case: 26–30289–pes     Form ID: 567     Total: 22

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
16245945    Forum Credit Union
                                                                                                                      TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPRegion10.SO.ECF@usdoj.gov
aty     Anthony Thomas Carreri     ACarreri@kgrlaw.com
aty     Jennifer Prokop     jennifer.prokop@usdoj.gov
aty     Ryan Murphy     rmurphy@kgrlaw.com
aty     Weston Erick Overturf     woverturf@kgrlaw.com
                                                                                                                      TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Commerce Center Development, LLC     401 E Colfax Ave. Suite 277     South Bend, IN 46617
smg     Indiana Employment Security Division     10 North Senate Street     Indianapolis, IN 46204
16244702    Barca Capital Holdings, Inc     c/o Barry Shein     127 N. Michigan St.,     2nd Floor     South Bend, IN 46601
16244703    Barca Capital Holdings, Inc     c/o Barry Shein     127 N. Michigan St.,     2nd Floor     South Bend, IN 46601
16244704    Commerce Center Office Building LLC     401 E Colfax Ave. Suite 277     South Bend, IN 46617
16244705    David Matthews     401 E Colfax     Suite 277     South Bend, IN 46617
16245715    Indiana Department of Revenue     Bankruptcy Section     100 North Senate Avenue, N240     Indianapolis IN 46204
16245719    Internal Revenue Service     P. O. Box 7346     Philadelphia, PA 19101–7346
16244706    KeyBank National Association     135 North Pennsylvania St. Suite 1610     Indianapolis, IN 46204
16244707    Matthews 350 E LaSalle LLC     401 E Colfax Ave. 277     South Bend, IN 46617
16244708    Matthews 350 E LaSalle LLC     401 E Colfax Ave. Suite 277     South Bend, IN 46617
16245717    Office of the U.S. Attorney     5400 Federal Plaza, Suite 1500     Hammond, IN 46320
16244709    Redevelopment Commission City of South B     227 W Jefferson Blvd     11th Floor     County–City Building     South Bend, IN 46601
16245718    Secretary of Treasury     15th & Pennsylvania Avenue     Washington DC 20220
16245716    Securities & Exchange Commission     Bankruptcy Section     175 W. Jackson Blvd., Suite 900     Chicago IL 60604
16245714    St. Joseph County Treasurer     County City Building     227 West Jefferson Blvd     South Bend IN 46601
                                                                                                                      TOTAL: 16