UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

| In the Matter of:<br><br>Commerce Center Development, LLC,<br>*Debtor(s).* | Case No.: 26-30289-pes<br><br>Chapter 11 |
|---|---|

**Notice of Hearing**

The Court will hold a hearing on Debtor's Motion for Joint Administration, on **March 18, 2026**, at **10:30 a.m.** in Room 202, 401 S. Michigan Street, South Bend, Indiana, 46601. Any party with interest in participating remotely can find requirements and connection information on the Court's website[1].

Debtor's counsel shall serve a copy of this notice upon all creditors, and parties in interest, and make due proof thereof at or before the hearing.

SO ORDERED

Date: March 12, 2026

*Paul E. Singleton*
PAUL E. SINGLETON
*United States Bankruptcy Judge*

---

[1] To access the Court's website, visit www.innb.uscourts.gov select Judges' Info in the navigation and 'Judge Paul E. Singleton' in the drop-down menu.