# Notice Recipients

District/Off: 0755−3     User: admin     Date Created: 3/12/2026
Case: 26−30289−pes     Form ID: pdf004     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Commerce Center Development, LLC     401 E Colfax Ave. Suite 277     South Bend, IN 46617

TOTAL: 1